**H. M. BYLLESBY & CO., Petitioner, v. Honorable Merrill E. OTIS, Judge, etc.**

**No. 386, Original.**

Circuit Court of Appeals, Eighth Circuit.

Aug. 2, 1934.

M. M. Bogie and Henry L. Jost, both of Kansas City, Mo., for petitioner.

R. R. Brewster, of Kansas City, Mo., for respondent.

PER CURIAM.

Motion for leave to file petition for writ of mandamus allowed, and petition for writ of mandamus denied.

**Raymond JACKSON v. CARTER OIL COMPANY et al.**

**No. 1175.**

Circuit Court of Appeals, Tenth Circuit.

Nov. 28, 1934.

Kenneth B. Kienzle, of Shawnee, Okl., for appellant.

Norvell & Norvell, of Wewoka, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

**In re Harry JACOBS, Debtor.**

**No. 5334.**

Circuit Court of Appeals, Seventh Circuit.

Oct. 31, 1934.

Before EVANS, SPARKS, and FITZ-HENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, it is now here ordered, adjudged, and decreed by this court that this appeal (7 F. Supp. 749) be, and the same is hereby, dismissed, with costs.